```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16105
    PHILIP GRIFFIN
    GLORIA GRIFFIN                            CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-4229    SSN XXX-XX-3987


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/04/07 and confirmed on 02/13/08.

     2.  The case was dismissed after confirmation, 08/14/2008.

     3.  The Debtor paid a total of $   7752.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE     4787.24            .00         4787.24
KANE COUNTY TREASURER    PRIORITY         NOT FILED           .00             .00
AFNI                     UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED         1494.24            .00          465.27
CDA PONTIAC              UNSECURED          907.50            .00          282.58
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED           .00             .00
JJ MARSHALL              UNSECURED         3279.12            .00         1021.05
KCA FINANCIAL SERVICES   UNSECURED        NOT FILED           .00             .00
MED BUSINESS BUREAU      UNSECURED        NOT FILED           .00             .00
MEDICAL COLLECTION SYSTE UNSECURED        NOT FILED           .00             .00
MINTEX INC               UNSECURED        NOT FILED           .00             .00
NICOR GAS                UNSECURED          938.14            .00          292.11
RECEIVABLES MANAGEMENT I UNSECURED          390.44            .00          121.57
RUSH COPLEY              UNSECURED        NOT FILED           .00             .00
UNITED COLLECTIONS       UNSECURED           50.00            .00           15.57
RJM ACQUISITIONS LLC     UNSECURED           45.31            .00           14.10
RJM ACQUISITIONS LLC     UNSECURED          138.92            .00           43.26
ASSET ACCEPTANCE CORP    UNSECURED          833.79            .00          259.63
ECMC                     FILED LATE            .00            .00             .00
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
     Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4787.24          .00      8077.46          .00       12864.70
PRINCIPAL PAID      4787.24          .00      2515.14          .00        7302.38
INTEREST PAID           .00          .00          .00          .00             .00
```

```
TOTAL PAID                    4787.24            .00      2515.14             .00      7302.38
```
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $         .00
and was paid $         .00 .

The Trustee received $    449.62 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE